## UNITED STATES of America, Plaintiff–Appellee

v.

## Randy DEAN, also known as PO Dean, Defendant–Appellant.

### No. 09–30645
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 11, 2011.

Emily Katherine Greenfield, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, Stephen Andrew Higginson, Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Stephen H. Shapiro, Jefferson, LA, for Defendant–Appellant.

Randy Dean, New Orleans, LA, pro se.

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Randy Dean has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Dean has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.